1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11 | MARIA E. RAMIREZ,              )   Case No. EDCV 09-01015 VAP
                                    )   (AGRx)
12 |              Plaintiff,         )
                                    )   **JUDGMENT**
13 |       v.                       )
                                    )
14 | FIRST AMERICAN LOANSTAR        )
    | TRUSTEE SERVICES; et al.      )
15 |              Defendants.       )
    | _____  )
16

17 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

18 |        Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED

19 | that Plaintiff's Complaint against Defendants Home Loan Services, Inc. and

20 | First Franklin Financial Corp. is DISMISSED WITHOUT PREJUDICE.  The

21 | Court orders that such judgment be entered.

22

23

24 | Dated:  July 20, 2009

25 |                                        VIRGINIA A. PHILLIPS
                                            United States District Judge
26

27

28